1  BROOKS M. BEARD (CA Bar No. 181271)
   Email: bbeard@mofo.com
2  DAVID E. MELAUGH (CA Bar No. 219477)
   Email: dmelaugh@mofo.com
3  J. RYAN GILFOIL (CA Bar No. 246493)
   Email: jgilfoil@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  EDWARD J. CADEN (CA Bar No. 166922)
   LAW OFFICE OF EDWARD J. CADEN
8  8217 Manger Way
   Citrus Heights, California 95610-0570
9  Telephone: (916) 729-3172
   Facsimile: (916) 723-2596
10 Email: ejcaden@surewest.net

11 Attorneys for Plaintiff SAM BESS

12
13                    UNITED STATES DISTRICT COURT
14                    EASTERN DISTRICT OF CALIFORNIA

15

16 SAM BESS,                                    Case No. 2:07-CV-01989-LEW-JFM

17              Plaintiff,                      **STIPULATION AND ORDER**

18     v.

19 STATE OF CALIFORNIA, CALIFORNIA
   DEPARTMENT OF CORRECTIONS AND
20 REHABILITATION, OFFICE OF THE
   INSPECTOR GENERAL, MATTHEW CATE,
21 DAVID SHAW, TIM RIEGER, JAMES
   TILTON, RODERICK HICKMAN, JEANNE
22 WOODFORD, JOHN DOVEY, SCOTT
   KERNAN, and MARTIN HOSHINO,

23              Defendants.

24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
CASE NO. 2:07-CV-01989-LEW-JFM
sf-2438376

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION**

Plaintiff filed his First Amended Complaint on November 5, 2007. Defendants responded on December 6, 2007, moving to dismiss all claims. The parties subsequently met and conferred regarding the motions to dismiss. Plaintiff requested the opportunity to file an amended complaint and requested that Defendants withdraw their motions to dismiss in the interim. Defendants agreed, conditioned on an extension of the Rule 26 conference date until such time as Defendants have had the opportunity to review the amended complaint. Plaintiff agreed.

The parties therefore stipulate and request the entry of an order as follows:

1. Plaintiff will file an amended complaint no later than December 31, 2007.

2. Defendants withdraw their motions to dismiss, without prejudice to renewing such motions after reviewing Plaintiff's amended complaint. Defendants will file a responsive pleading to the second amended complaint no later than January 22, 2008.

3. The deadline for the Rule 26(f) report required by the Court's September 24, 2007 Order Requiring Joint Status Report shall be extended to February 29, 2008.

Dated: December 14, 2007

MORRISON & FOERSTER LLP
BROOKS M. BEARD
DAVID E. MELAUGH
J. RYAN GILFOIL

LAW OFFICE OF EDWARD J. CADEN
EDWARD J. CADEN

By:  /s/ Brooks M. Beard
          Brooks M. Beard

Attorneys for Plaintiff SAM BESS

*(signatures continue)*

| | |
|---|---|
| 1  Dated: | ATTORNEY GENERAL OF THE STATE OF CALIFORNIA |
| 2 | EDMUND G. BROWN, JR. |
|   | JACOB A. APPELSMITH |
| 3 | ALICIA M.B. FOWLER |
|   | TAMARA L. MORGAN |
| 4 | |
| 5 | By: _____ |
|   | Tamara L. Morgan |
| 6 | |
|   | Attorneys for Defendants CALIFORNIA |
| 7 | DEPARTMENT OF CORRECTIONS AND |
|   | REHABILITATION, JAMES TILTON, |
| 8 | RODERICK HICKMAN, JEANNE |
|   | WOODFORD, JOHN DOVEY, SCOTT |
| 9 | KERNAN, MARTIN HOSHINO |
| 10 Dated: | OFFICE OF THE INSPECTOR GENERAL |
|   | MATTHEW L. CATE |
| 11 | BARBARA L. SHELDON |
| 12 | |
|   | By: _____ |
| 13 | Barbara L. Sheldon |
| 14 | Attorneys for Defendants OFFICE OF THE |
|   | INSPECTOR GENERAL, MATTHEW |
| 15 | CATE, DAVID SHAW, TIM RIEGER |

**ORDER**

**IT IS SO ORDERED.**

Dated: December 14, 2007

/s/ Ronald S. W. Lew_____
Honorable Ronald S.W. Lew
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
CASE NO. 2:07-CV-01989-LEW-JFM
sf-2438376

2

PDF created with pdfFactory trial version www.pdffactory.com