BROOKS M. BEARD (CA Bar No. 181271)
Email: bbeard@mofo.com
DAVID E. MELAUGH (CA Bar No. 219477)
Email: dmelaugh@mofo.com
J. RYAN GILFOIL (CA Bar No. 246493)
Email: jgilfoil@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

EDWARD J. CADEN (CA Bar No. 166922)
Email: ejcaden@surewest.net
LAW OFFICE OF EDWARD J. CADEN
8217 Manger Way
Citrus Heights, California  95610-0570
Telephone:  (916) 729-3172
Facsimile:  (916) 723-2596

Attorneys for Plaintiff SAM BESS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BESS,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW CATE, DAVID SHAW, JAMES TILTON, RODERICK HICKMAN, JEANNE WOODFORD, JOHN DOVEY, SCOTT KERNAN, and MARTIN HOSHINO,<br><br>Defendants. | Case No. 2:07-CV-01989-JAM-JFM<br><br>**STIPULATION AND ORDER AMENDING SCHEDULING ORDER**<br><br>Judge: Hon. John A. Mendez |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Plaintiff Sam Bess ("Plaintiff") and Defendants Matthew Cate, David Shaw, Roderick Hickman, Jeanne Woodford, John Dovey, Scott Kernan, and Martin Hoshino (together, "Defendants") hereby stipulate as follows:

1.     This case was originally assigned to the Honorable Ronald Lew.

1   2.   During the April 24, 2008 status conference, at Plaintiff's request, Judge Lew granted Plaintiff leave to amend his complaint to join additional plaintiffs and/or defendants within 90 days of that date, or July 23, 2008.

3.   On May 1, 2008, this case was re-assigned to the Honorable John A. Mendez.

4.   Contrary to Judge Lew's order, Judge Mendez's May 7, 2008 Status (Pre-trial Scheduling) Order states that "[n]o further joinder of parties or amendments to pleadings is permitted except with leave of court, good cause having been shown."

5.   The parties respectfully request that the Status (Pre-trial Scheduling) Order be amended to replace the above-quoted text with the following:

> Prior to July 23, 2008, the parties may join additional parties and amend their pleadings without leave of Court.  After July 23, 2008, no further joinder of parties or amendments to pleadings is permitted except with leave of court, good cause having been shown.

Dated:  May 12, 2008          MORRISON & FOERSTER LLP
                              BROOKS M. BEARD
                              DAVID E. MELAUGH
                              J. RYAN GILFOIL

                              By:   /s/ Brooks M. Beard
                                        Brooks M. Beard

                              EDWARD J. CADEN
                              LAW OFFICE OF EDWARD J. CADEN

                              Attorneys for Plaintiff SAM BESS

STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER     2
No. 2:07-CV-01989-JAM-JFM
sf-2513084

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: | EDMUND G. BROWN JR. |
| 2 | | Attorney General of the State of California |
| | | JACOB A. APPELSMITH |
| 3 | | Senior Assistant Attorney General |
| | | ALICIA M. B. FOWLER |
| 4 | | Supervising Deputy Attorney General |
| | | SCOTT H. WYCKOFF |
| 5 | | Deputy Attorney General |

By:   /s/ Scott H. Wyckoff (as authorized on 5/12/08)
          Scott H. Wyckoff

Attorneys for Defendants RODERICK HICKMAN, JEANNE WOODFORD, JOHN DOVEY, SCOTT KERNAN, and MARTIN HOSHINO

Dated:           RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
                 GEOFFREY A. BEATY

By:   (signature page filed as an attachment)
          Geoffrey A. Beaty

Attorney for Defendants MATTHEW CATE and DAVID SHAW

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  May 13, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER
No. 2:07-CV-01989-JAM-JFM
sf-2513084

3

PDF created with pdfFactory trial version www.pdffactory.com