BROOKS M. BEARD (CA Bar No. 181271)
Email: bbeard@mofo.com
DAVID E. MELAUGH (CA Bar No. 219477)
Email: dmelaugh@mofo.com
J. RYAN GILFOIL (CA Bar No. 246493)
Email: jgilfoil@mofo.com
SARA MAHDAVI (CA Bar No. 245791)
Email: smahdavi@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522

EDWARD J. CADEN (CA Bar No. 166922)
Email: ejcaden@surewest.net
LAW OFFICE OF EDWARD J. CADEN
8217 Manger Way
Citrus Heights, California  95610-0570
Telephone:  (916) 729-3172
Facsimile:   (916) 723-2596

Attorneys for Plaintiff SAM BESS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BESS, RYAN COUCH, KENNETH JIMENEZ, and BARNABE TORRES,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW CATE, DAVID SHAW, JAMES TILTON, RODERICK HICKMAN, JEANNE WOODFORD, JOHN DOVEY, SCOTT KERNAN, MARTIN HOSHINO, TOMMY WAN, KIMBERLI BONCORE, and RALPH DIAZ<br><br>Defendants. | Case No. 2:07-CV-01989-JAM-JFM<br><br>**STIPULATION AND ORDER REGARDING DEPOSITION OF PLAINTIFF SAM BESS**<br><br>Judge: Hon. John A. Mendez |

Pursuant to Rule 30(d) of the Federal Rules of Civil Procedure, Plaintiff Sam Bess ("Plaintiff Bess") and Defendants Matthew Cate, David Shaw, Roderick Hickman, Jeanne

STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION OF PL. SAM BESS            1
No. 2:07-CV-01989-JAM-JFM
sf-2532450

PDF created with pdfFactory trial version www.pdffactory.com

1  Woodford, John Dovey, Scott Kernan, Martin Hoshino, Tommy Wan, Kimberli Boncore, and
2  Ralph Diaz (together, "Defendants"), collectively referred to as the "Parties," hereby stipulate as
3  follows:
4     1.     Defendants believe that, due to the number of allegations and documents
5  referenced in the complaint, the "1 day of 7 hours" limitation imposed by Rule 30(d) will provide
6  insufficient time to take the deposition of Plaintiff Bess.
7     2.     The Parties therefore stipulate that Plaintiff Bess's deposition will take place over
8  three consecutive seven-hour days from December 17 through December 19, 2008 (or a mutually
9  agreeable, alternative, and consecutive three-day period).
10     3.     The Parties further stipulate that Defendants shall collectively complete Plaintiff
11  Bess's deposition on those dates, with no further deposition of Plaintiff Bess and no reservation
12  of rights to re-open the deposition by any of the Defendants for any reason, except for good cause
13  shown, and with leave of Court pursuant to Rule 30(d)(1).
14     4.     The Parties also stipulate that Plaintiff Bess's deposition will take place in
15  downtown Sacramento.

Dated:  September 15, 2008

MORRISON & FOERSTER LLP
BROOKS M. BEARD
DAVID E. MELAUGH
J. RYAN GILFOIL
SARA MAHDAVI

By:   /s/ Brooks M. Beard
        Brooks M. Beard

EDWARD J. CADEN
LAW OFFICE OF EDWARD J. CADEN

Attorneys for Plaintiffs SAM BESS, RYAN COUCH, KENNETH JIMENEZ, and BARNABE TORRES

PDF created with pdfFactory trial version www.pdffactory.com

```
 1
 2                                      EDMUND G. BROWN JR.
                                        Attorney General of the State of California
 3                                      JACOB A. APPELSMITH
                                        Senior Assistant Attorney General
                                        ALICIA M. B. FOWLER
 4                                      Supervising Deputy Attorney General
                                        SCOTT H. WYCKOFF
 5                                      Deputy Attorney General

 6
                                        By:   /s/ Scott H. Wyckoff (as authorized on 9/12/08)
 7                                                  Scott H. Wyckoff

 8                                      Attorneys for Defendants RODERICK HICKMAN,
                                        JEANNE WOODFORD, JOHN DOVEY, SCOTT
 9                                      KERNAN, MARTIN HOSHINO, TOMMY WAN,
                                        KIMBERLI BONCORE, and RALPH DIAZ
10

11                                      RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
                                        GEOFFREY A. BEATY
12                                      R. MANUEL FORTES

13
                                        By:   /s/ R. Manuel Fortes (as authorized on 9/11/08)
14                                                  R. Manual Fortes

15                                      Attorney for Defendants MATTHEW CATE and DAVID
                                        SHAW
16

17

18        **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

19

20       Dated:  September 15, 2008
                                                   /s/ John A. Mendez
21
                                              HON. JOHN A. MENDEZ
22                                            UNITED STATES DISTRICT JUDGE
```

STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION OF PL. SAM BESS     3
No. 2:07-CV-01989-JAM-JFM
sf-2532450

PDF created with pdfFactory trial version www.pdffactory.com