IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM BESS,

    Plaintiff,                            No. 2:07-cv-1989 JAM JFM

    vs.

MATTHEW CATE, et al.,               ORDER

    Defendants.

         The court's November 21, 2008 order to show cause came on regularly for hearing December 4, 2008. David E. Melaugh, Edward Caden and Sara Mahdavi appeared for plaintiff. Kristin M. Daily, Deputy Attorney General, appeared for defendants Hickman, Woodford, Dovey, Kernan and Hoshino. Nonparty Vincent Schumacker personally appeared. Upon review of the motion and the documents in support and opposition, upon hearing the arguments of counsel and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

         On November 6, 2008, plaintiff filed an application for an order to show cause which this court granted on November 21, 2008. Nonparty Schumacker presented the court with a five page declaration signed under penalty of perjury and accompanied by documents identified as A - K and a cassette tape. Nonparty Schumacker was sworn and testified that he signed the five page declaration under penalty of perjury and that the statements contained therein were true and correct. Nonparty Schumacker confirmed that all of the documents appended to the

1  declaration were all those documents in his possession which were responsive to the subpoena.
2  When asked whether there were other documents within his custody and control, nonparty
3  Schumacker responded that he is aware of documents and charts held by the Office of Internal
4  Affairs, but he could not retrieve them without being subject to adverse action.
5        Accordingly, IT IS HEREBY ORDERED that the November 21, 2008 order to
6  show cause is discharged.
7  DATED:  December 16, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; bess.osc2