IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM BESS,

    Plaintiff,                            No. 2:07-cv-1989 JAM JFM

vs.

MATTHEW CATE, et al.,                <u>ORDER</u>

    Defendants.

_____/

    Plaintiff's motion to compel discovery came on regularly for hearing November 20, 2008; said motion was granted *in toto* by order filed November 26, 2008. Plaintiff was directed to file a statement of reasonable expenses incurred in bringing the motion to compel. On November 26, 2008, plaintiff filed a request for reasonable expenses incurred in moving to compel production of documents. Plaintiff seeks the sum of $36,494.00 in fees and $175.83 in costs associated with bringing the motion.

    The court has reviewed the billing records submitted and finds too many expensive lawyers expended too much time on this motion to characterize the expenses as reasonable, particularly given the blanket nature of defendants' objections. This court finds that the sum of $8,000.00 is reasonable for attorneys fees expended and the sum of $175.83 in travel expenses is reasonable. Defendants Cate and Shaw will be ordered to pay plaintiff's counsel the sum of $8,175.83 in fees and expenses incurred in bringing the discovery motion.

1  IT IS HEREBY ORDERED that

2  1. Plaintiff's November 26, 2008 request for reasonable expenses is partially
3  granted.
4  2. Defendants Cate and Shaw shall pay plaintiff's reasonable attorneys fees and
5  costs in the amount of $8,175.83.
6  DATED: December 18, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; bess.exp