GEOFFREY A. BEATY, ESQ. (Bar No. 84997)
R. MANUEL FORTES, ESQ. (Bar No. 139249)
RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
A Professional Corporation
1333 Broadway, Suite 600
Oakland, CA 94612
Tel: (510) 465-3922   Fax: (510) 452-3006

Attorneys for Defendants,
MATTHEW CATE and DAVID SHAW

[E-FILING MANDATORY]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SAM BESS,

        Plaintiff,

vs.

MATTHEW CATE, DAVID SHAW,
JAMES TILTON, RODERICK HICKMAN,
JEANNE WOODFORD, JOHN DOVEY,
SCOTT KERNAN, and MARTIN
HOSHINO,

        Defendants.

Case No. 2:07-CV-01989-JAM-JFM

Judge: Hon. John A. Mendez

**STIPULATION AND ORDER REGARDING STAY OF MAGISTRATE JUDGE'S ORDER**

Pursuant to Rule 62(c) of the Federal Rules of Civil Procedure, the District Court has discretion to stay the Order of Magistrate Judge Moulds of November 26, 2008 ("Order"), which granted Plaintiff Sam Bess' ("Plaintiff") Motion to Compel Discovery and ordered Defendants Cate and Shaw ("Defendants") to produce documents by December 26, 2008, until such time as the District Court considers and rules on Defendants' Request for Reconsideration of Magistrate Judge's Ruling ("Request"), filed on December 12, 2008.

Therefore, Plaintiff and Defendants, collectively referred to as the "Parties," hereby stipulate as follows:

1.     The Parties stipulate that the Court may issue a stay of the Magistrate Judge's Order of November 26, 2008, until such time that the Court rules on Defendants' Request;

2. The Parties further stipulate that after the Court has ruled on Defendants' Request, to the extent that the Court orders Defendants to produce documents, Defendants shall serve said documents on the parties within 10 calendar days from the date of the Court's order.

Dated: December 18, 2008.

RANKIN, SPROAT, MIRES, BEATY & REYNOLDS

By: _____
GEOFFREY A. BEATY, ESQ.
R. MANUEL FORTES, ESQ.
Attorneys for Defendants,
MATTHEW CATE and DAVID SHAW

Dated: December 18, 2008

MORRISON & FOERSTER LLP
BROOKS M. BEARD
DAVID E. MELAUGH
J. RYAN GILFOIL
SARA MAHDAVI

By:   /s/ David E. Melaugh (submitted with permission)
Brooks M. Beard

EDWARD J. CADEN
LAW OFFICE OF EDWARD J. CADEN

Attorneys for Plaintiff SAM BESS

PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:

1. The Magistrate Judge's Order of November 26, 2006, is hereby stayed pending review by this Court of Defendants' Request for Reconsideration of Magistrate Judge's Ruling;

///
///
///

Stipulation and [Proposed] Order Regarding Stay        2        Case No. 2: 07-CV-01989-JAM-JFM

2. To the extent that the Court issues an order commanding Defendants to produce documents after ruling on Defendants' Request, Defendants shall produce and serve said documents on the parties within 10 calendar days from the date of the Court's order.

Dated: 12-19-08

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within cause. My employment address is 1333 Broadway, Suite 600, Oakland, California 94612.

On December 18, 2008, I served copies of the attached document entitled: stipulation and **[PROPOSED] ORDER regarding stay of <u>magistrate judge's order</u>** on the interested parties in this action, by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST.**

[ ] **BY U.S. MAIL.** I caused such envelope to be placed for deposit in the U.S. Postal Service in a sealed envelope, with postage prepaid, addressed to the above, and that envelope was placed for collection and mailing on that date following ordinary business. (CCP § 1013a(3)) *[TO UNREPRESENTED PARTIES ONLY]*

[ ] **BY PERSONAL SERVICE.** I caused such envelope to be delivered by hand to the offices of the addressee(s).

[ ] **BY FAX TRANSMISSION.** Pursuant to Rule 2.306 of the California Rules of Court, I caused such document to be transmitted via facsimile to the offices of the addressee(s).

[ ] **STATE.** I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

[XX] **FEDERAL.** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. *[E-FILED/SERVED ON REPRESENTED PARTIES*

Executed on December 18, 2008, at Oakland, California.

*Amanda M. Williams*
Amanda M. Williams

Stipulation and [Proposed] Order Regarding Stay     1     Case No. 2:07-CV-01989-JAM-JFM

1  Attorneys for Plaintiff SAM BESS:

2  Brooks M. Beard, Esq.
3  David E. Melaugh, Esq.
   J. Ryan Gilfoil, Esq.
4  Sara Mahdavi, Esq.
   Morrison & Foerster LLP
5  425 Market Street
   San Francisco, CA  94105-2582
6  (415) 268-7000
7  FAX: (415) 268-7522

8  Edward J. Caden, Esq.
   Law Office of Edward J. Caden
9  8217 Manger Way
   Citrus Heights, CA  95610-0570
10 (916) 729-3172
11 FAX: (916) 723-2596

Attorneys for Defendants RODERICK HICKMAN; JEANNE WOODFORD; JOHN DOVEY; SCOTT KERNAN; MARTIN HOSINO; TOMMY WAN; KIMBERLI BONCORE; RALPH DIAZ

Edmund G. Brown Jr.
Alicia M. B. Fowler, Esq.
Scott H. Wyckoff, Esq.
Kristin M. Daily, Esq.
Office of the Attorney General
1300 I Street
P. O. Box 944255
Sacramento, CA  94244
(916) 324-5335
FAX: (916) 324-5567

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28