GEOFFREY A. BEATY, ESQ. (Bar No. 84997)
R. MANUEL FORTES, ESQ. (Bar No. 139249)
RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
A Professional Corporation
1333 Broadway, Suite 600
Oakland, CA  94612
Tel: (510) 465-3922    Fax: (510) 452-3006

Attorneys for Defendants,　　　　　　　　　　　　**[E-FILING MANDATORY]**
MATTHEW CATE and DAVID SHAW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BESS, | Case Number:  2:07-CV-01989-JAM-JFM |
| Plaintiff, | Judge:  Hon. John A. Mendez |
| vs. | **STIPULATION AND ORDER REGARDING DEPOSITION OF PLAINTIFF SAM BESS** |
| MATTHEW CATE, DAVID SHAW, et al., | |
| Defendants. | **Trial:  November 16, 2009** |

　　　　Pursuant to Rule 30(d) of the Federal Rules of Civil Procedure (Rule 30(d)), Plaintiff Sam Bess ("Plaintiff") and Defendants Matthew Cate, David Shaw, Roderick Hickman, Jeanne Woodford, John Dovey, Scott Kernan, and Martin Hoshino (together, "Defendants"), collectively referred to as the "Parties," hereby stipulate as follows:

　　　　1.　　Defendants believe that, due to the number of allegations and documents referenced in the complaint, the "1 day of 7 hours" limitation imposed by Rule 30(d) will provide insufficient time to take the deposition of Plaintiff.

　　　　2.　　The Parties therefore stipulate that Plaintiff's deposition will take place over three consecutive seven-hour days.  The parties previously stipulated that the deposition would take place on December 17-19, 2008, but prior to those dates, they agreed to continue the deposition

Stipulation and Proposed Order Regarding Deposition of Plaintiff    1    Case No. 2:07-CV-01989-JAM-JFM

to future dates. The parties hereby stipulate that the deposition will take place on February 25-27, 2009.

    3.    The Parties further stipulate that Defendants shall collectively complete Plaintiff's deposition on those dates, with no further deposition of Plaintiff and no reservation of rights to re-open the deposition by any of Defendants for any reason, except for good cause shown, and with leave of Court pursuant to Rule 30(d)(1).

    4.    The Parties also stipulate that Plaintiff's deposition will take place in downtown Sacramento.

Dated: January 14, 2009.    RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
    GEOFFREY A. BEATY
    R. MANUEL FORTES

    By:    /s/ R. Manuel Fortes
    R. MANUEL FORTES
    Attorneys for Defendants MATTHEW CATE
    and DAVID SHAW

    EDMUND G. BROWN JR.
    Attorney General of the State of California
    JACOB A. APPELSMITH
    Senior Assistant Attorney General
    ALICIA M. B. FOWLER
    Supervising Deputy Attorney General
    SCOTT H. WYCKOFF
    Deputy Attorney General
    TAMARA MORGAN
    Deputy Attorney General

    By:    /s/ Scott H. Wyckoff (as authorized on 1/9/09)
    SCOTT H. WYCKOFF
    Attorneys for Defendants RODERICK HICKMAN,
    JEANNE WOODFORD, JOHN DOVEY, SCOTT
    KERNAN, and MARTIN HOSHINO

Stipulation and Proposed Order Regarding Deposition of Plaintiff    2    Case No. 2:07-CV-01989-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   |                                                                 |
| 2   | MORRISON & FOERSTER LLP                                         |
|     | BROOKS M. BEARD                                                 |
| 3   | DAVID E. MELAUGH                                                |
|     | J. RYAN GILFOIL                                                 |
| 4   | SARA MAHDAVI                                                    |

MORRISON & FOERSTER LLP
BROOKS M. BEARD
DAVID E. MELAUGH
J. RYAN GILFOIL
SARA MAHDAVI

EDWARD J. CADEN
LAW OFFICE OF EDWARD J. CADEN


By:   J. Ryan Gilfoil (as authorized on 1/8/09)
            J. RYAN GILFOIL
         Attorneys for Plaintiff SAM BESS


**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


Dated: January 15, 2009

                    /s/ John A. Mendez
                 HON. JOHN A. MENDEZ
              UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order Regarding Deposition of Plaintiff   3   Case No. 2:07-CV-01989-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com