GEOFFREY A. BEATY, ESQ. (Bar No. 84997)
R. MANUEL FORTES, ESQ. (Bar No. 139249)
RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
A Professional Corporation
1333 Broadway, Suite 600
Oakland, CA 94612
Tel: (510) 465-3922    Fax: (510) 452-3006

Attorneys for Defendants,
MATTHEW CATE and DAVID SHAW

**[E-FILING MANDATORY]**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BESS, | Case Number: 2:07-CV-01989-JAM-JFM |
| Plaintiff, | Judge: Hon. John A. Mendez |
| vs. | **STIPULATION AND ORDER REGARDING DEPOSITION OF PLAINTIFF SAM BESS** |
| MATTHEW CATE, DAVID SHAW, et al., | |
| Defendants. | Trial: November 16, 2009 |

Pursuant to Rule 30(d) of the Federal Rules of Civil Procedure (Rule 30(d)), Plaintiff Sam Bess ("Plaintiff") and Defendants Matthew Cate, David Shaw, Roderick Hickman, Jeanne Woodford, John Dovey, Scott Kernan, and Martin Hoshino (together, "Defendants"), collectively referred to as the "Parties," hereby stipulate as follows:

1.  Defendants believe that, due to the number of allegations and documents referenced in the complaint, the "1 day of 7 hours" limitation imposed by Rule 30(d) will provide insufficient time to take the deposition of Plaintiff.

2.  The Parties therefore stipulate that Plaintiff's deposition will take place over three consecutive seven-hour days. The parties previously stipulated that the deposition would take place on December 17-19, 2008, then stipulated to continue the deposition to February 25-27, 2009. The parties now stipulate to continuing the deposition to April 1-3, 2009.

Stipulation and Proposed Order Regarding Deposition of Plaintiff    1    Case No. 2:07-CV-01989-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com

3. The Parties further stipulate that Defendants shall collectively complete Plaintiff's deposition on those dates, with no further deposition of Plaintiff and no reservation of rights to re-open the deposition by any of Defendants for any reason, except for good cause shown, and with leave of Court pursuant to Rule 30(d)(1).

4. The Parties also stipulate that Plaintiff's deposition will take place in downtown Sacramento.

Dated: February 27, 2009     RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
GEOFFREY A. BEATY
R. MANUEL FORTES

By:    /s/ R. Manuel Fortes
R. MANUEL FORTES
Attorneys for Defendants MATTHEW CATE
and DAVID SHAW

Dated: February 27, 2009     EDMUND G. BROWN JR.
Attorney General of the State of California
JACOB A. APPELSMITH
Senior Assistant Attorney General
ALICIA M. B. FOWLER
Supervising Deputy Attorney General
SCOTT H. WYCKOFF
Deputy Attorney General
TAMARA MORGAN
Deputy Attorney General

By:    /s/ Tamara Morgan (as authorized on 2/26/09)
TAMARA MORGAN
Attorneys for Defendants RODERICK HICKMAN, JEANNE WOODFORD, JOHN DOVEY, SCOTT KERNAN, and MARTIN HOSHINO

Stipulation and Proposed Order Regarding Deposition of Plaintiff    2      Case No. 2:07-CV-01989-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com

Dated February 27, 2009   MORRISON & FOERSTER LLP
                          BROOKS M. BEARD
                          DAVID E. MELAUGH
                          J. RYAN GILFOIL
                          SARA MAHDAVI

                          EDWARD J. CADEN
                          LAW OFFICE OF EDWARD J. CADEN


                          By:   J. Ryan Gilfoil (as authorized on 2/26/09)
                                J. RYAN GILFOIL
                                Attorneys for Plaintiff SAM BESS


**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


Dated:  March 2, 2009
                                /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
                                UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order Regarding Deposition of Plaintiff   3   Case No. 2:07-CV-01989-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com