GEOFFREY A. BEATY, ESQ. (Bar No. 84997)
R. MANUEL FORTES, ESQ. (Bar No. 139249)
RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
A Professional Corporation
1333 Broadway, Suite 600
Oakland, CA 94612
Tel: (510) 465-3922   Fax: (510) 452-3006

Attorneys for Defendants,
MATTHEW CATE and DAVID SHAW

**FILED**

MAR 03 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

[E-FILING MANDATORY]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SAM BESS,

    Plaintiff,

vs.

MATTHEW CATE, DAVID SHAW,
JAMES TILTON, RODERICK HICKMAN,
JEANNE WOODFORD, JOHN DOVEY,
SCOTT KERNAN, and MARTIN
HOSHINO,

    Defendants.
_____/

Case No. 2:07-CV-01989-JAM-JFM

Judge: Hon. John A. Mendez

**STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF ORDER DENYING REQUEST FOR RECONSIDERATION PENDING APPEAL**
RCP RULE 62(C); FRAP 8(A)(1),

    Defendants Cate and Shaw (Defendants) filed an appeal in the United States Court of Appeals for the Ninth Circuit on February 9, 2009, appealing the District Court's Order Denying Request For Reconsideration, dated January 9, 2009 (Order), which compelled the production of certain documents

    The matter is now before the Court of Appeals, Case No. 09-15307.

    Pursuant to Federal Rules of Civil Procedure, Rule 62(c), and Federal Rules of Appellate Procedure, Rule 8(a)(1)(A), this Court may stay the Order while an appeal is pending.

Stipulation and [Proposed] Order Regarding Stay     1     Case No. 2: 07-CV-01989-JAM-JFM

Therefore, Plaintiff Sam Bess and Defendants, collectively referred to as the "Parties," hereby stipulate as follows:

1. The Parties stipulate and hereby request that the Court stay the Order with regard to documents subject to the Order that have not yet been produced, until such time that the Court of Appeals issues a ruling regarding the appeal;

2. The Parties further stipulate that after the Court of Appeals has ruled on Defendants' appeal, to the extent that the Court of Appeals denies the appeal and/or affirms the District Court's Order, Defendants shall serve all documents not yet produced that are subject to the Order onPlaintiff within 10 calendar days from the date of the decision of the Court of Appeal.

Dated: March 2, 2009.

    RANKIN, SPROAT, MIRES, BEATY & REYNOLDS

By: /s/ R. Manuel Fortes
GEOFFREY A. BEATY, ESQ.
R. MANUEL FORTES, ESQ.
Attorneys for Defendants,
MATTHEW CATE and DAVID SHAW

Dated: March 2, 2009.

MORRISON & FOERSTER LLP
BROOKS M. BEARD
DAVID E. MELAUGH
J. RYAN GILFOIL
SARA MAHDAVI

By: /s/ Brooks M. Beard
BROOKS M. BEARD, ESQ.

EDWARD J. CADEN
LAW OFFICE OF EDWARD J. CADEN
Attorneys for Plaintiff SAM BESS

## ORDER

PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:

1. The Order of January 9, 2009 is hereby stayed with regard to documents that have not yet been produced and that are subject to that Order, pending consideration of Defendants' appeal by the Court of Appeals for the Ninth Circuit.

2. To the extent that the Court of Appeals denies Defendants' appeal and/or affirms the Order, Defendants are ordered to produce all remaining documents not yet produced that are subject to the Order on Plaintiff within 10 calendar days from the date of the decision of the Court of Appeals.

Dated: 3-3-2009

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE