1 BROOKS M. BEARD (CA Bar No. 181271)
Email: bbeard@mofo.com
2 DAVID E. MELAUGH (CA Bar No. 219477)
Email: dmelaugh@mofo.com
3 J. RYAN GILFOIL (CA Bar No. 246493)
Email: jgilfoil@mofo.com
4 SARA MAHDAVI (CA Bar No. 245791)
Email: smahdavi@mofo.com
5 MORRISON & FOERSTER LLP
425 Market Street
6 San Francisco, California 94105-2482
Telephone: (415) 268-7000
7 Facsimile: (415) 268-7522

8 EDWARD J. CADEN (CA Bar No. 166922)
Email: ejcaden@surewest.net
9 LAW OFFICE OF EDWARD J. CADEN
8217 Manger Way
10 Citrus Heights, California 95610-0570
Telephone: (916) 729-3172
11 Facsimile: (916) 723-2596

12 Attorneys for Plaintiff SAM BESS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BESS,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW CATE, DAVID SHAW, RODERICK HICKMAN, JEANNE WOODFORD, JOHN DOVEY, SCOTT KERNAN, and MARTIN HOSHINO,<br><br>Defendants. | Case No. 2:07-CV-01989-JAM-JFM<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES**<br><br>Judge: Hon. John A. Mendez |

Plaintiff Sam Bess ("Plaintiff") and Defendants Matthew Cate, David Shaw, Roderick Hickman, Jeanne Woodford, John Dovey, Scott Kernan, and Martin Hoshino ("Defendants"), collectively referred to as the "Parties," respectfully request that the Court extend the deadlines in this litigation. The Parties hereby stipulate as follows:

1. Pursuant to the Court's May 7, 2008 Pre-Trial Scheduling Order (Docket No. 41), the following dates and deadlines currently apply to this litigation:

| Event | Date |
| --- | --- |
| Parties to Exchange Initial Expert Witness Disclosures Under Fed. R. Civ. P. 26(a)(2) | April 10, 2009 |
| Parties to Exchange Supplemental and Rebuttal Expert Witness Disclosures Under Fed. R. Civ. P. 26(a)(2)(C) | April 17, 2009 |
| Completion of Fact Discovery | June 26, 2009 |
| Deadline for Dispositive Motions | July 29, 2009 |
| Hearing on Dispositive Motions | August 26, 2009 at 9:00 am |
| Parties to File Joint Pre-Trial Statement | October 2, 2009 |
| Final Pre-Trial Conference | October 9, 2009 at 2:00 pm |
| Trial | November 16, 2009 at 8:30 am |

2. The parties continue to meet and confer on open discovery issues. Further, the Court's Order granting Plaintiff's motion to compel Defendants Cate and Shaw's production of certain documents has been stayed pending resolution of their appeal. Briefing in the appeal is not scheduled to be completed until July 10, 2009, and it may not be fully resolved until months later. The Parties therefore agree that a six-month extension of the above deadlines (subject to the Court's availability) is appropriate in order to complete fact discovery and trial preparation. The parties further note, however, that additional extensions may be necessary depending on when the Ninth Circuit appeal is complete and the result of that appeal.

3. The Parties request that the Court adopt the following dates and deadlines:

| Event | Date |
| --- | --- |
| Parties to Exchange Initial Expert Witness Disclosures Under Fed. R. Civ. P. 26(a)(2) | October 9, 2009 |
| Parties to Exchange Supplemental and Rebuttal Expert Witness Disclosures Under Fed. R. Civ. P. 26(a)(2)(C) | October 23, 2009 |
| Completion of Fact Discovery | December 22, 2009 |
| Deadline for Dispositive Motions | January 27, 2010 |

STIPULATION AND PROPOSED ORDER EXTENDING DEADLINES
No. 2:07-CV-01989-JAM-JFM
sf-2664275

2

PDF created with pdfFactory trial version www.pdffactory.com

| Event | Date |
|---|---|
| Hearing on Dispositive Motions | February 24, 2010 at 9:00 am |
| Parties to File Joint Pre-Trial Statement | April 2, 2010 |
| Final Pre-Trial Conference | April 9, 2010 at 2:00 pm (or as soon thereafter as is convenient for the Court) |
| Trial | May 17, 2010 at 8:30 am (or as soon thereafter as is convenient for the Court) |

4. The Parties respectfully request that the Court enter this stipulation as an order.

Dated: April 6, 2009　　MORRISON & FOERSTER LLP
　　　　　　　　　　　　BROOKS M. BEARD
　　　　　　　　　　　　DAVID E. MELAUGH
　　　　　　　　　　　　J. RYAN GILFOIL
　　　　　　　　　　　　SARA MAHDAVI

　　　　　　　　　　　　By:　/s/ Brooks M. Beard
　　　　　　　　　　　　　　　　Brooks M. Beard

　　　　　　　　　　　　EDWARD J. CADEN
　　　　　　　　　　　　LAW OFFICE OF EDWARD J. CADEN

　　　　　　　　　　　　Attorneys for Plaintiffs SAM BESS, RYAN COUCH, KENNETH JIMENEZ, and BARNABE TORRES

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | EDMUND G. BROWN JR. |
| 2 | Attorney General of the State of California |
|   | JACOB A. APPELSMITH |
| 3 | Senior Assistant Attorney General |
|   | ALICIA M. B. FOWLER |
| 4 | Supervising Deputy Attorney General |
|   | SCOTT H. WYCKOFF |
| 5 | Deputy Attorney General |

By:  /s/ Tamara Morgan (as authorized on 4/6/09)
     Scott H. Wyckoff

Attorneys for Defendants RODERICK HICKMAN, JEANNE WOODFORD, JOHN DOVEY, SCOTT KERNAN, and MARTIN HOSHINO

RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
GEOFFREY A. BEATY
R. MANUEL FORTES

By:  /s/ R. Manuel Fortes (as authorized on 3/31/09)
     R. Manual Fortes

Attorney for Defendants MATTHEW CATE and DAVID SHAW

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER (AS MODIFIED BY THE COURT)**

Based on the Parties' stipulation and for good cause shown, the following schedule will apply to this litigation:

| Event | Date |
|---|---|
| Parties to Exchange Initial Expert Witness Disclosures Under Fed. R. Civ. P. 26(a)(2) | October 9, 2009 |
| Parties to Exchange Supplemental and Rebuttal Expert Witness Disclosures Under Fed. R. Civ. P. 26(a)(2)(C) | October 23, 2009 |
| Completion of Fact Discovery | December 22, 2009 |
| Deadline for Dispositive Motions | February 3, 2010 |
| Hearing on Dispositive Motions | March 3, 2010 at 9:00 am |
| Parties to File Joint Pre-Trial Statement | April 2, 2010 |
| Final Pre-Trial Conference | April 9, 2010 at 3:00 pm |
| Trial | May 17, 2010 at 9:00 am |

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.**

Dated: April 6, 2009

/s/ John A. Mendez

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com