1 LAWRENCE G. BROWN
United States Attorney
2 JASON HITT
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:08-cr-0123 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING JUDGMENT AND |
| v. | ) | SENTENCING FOR DEFENDANT |
| | ) | SERAFIN GONZALEZ |
| SERAFIN GONZALEZ, and | ) | |
| MIGUEL VALENICA, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Serafin GONZALEZ, by his counsel Jan Karowski, Esq., hereby stipulate and agree that the judgment and sentencing currently set for Friday, September 18, 2009, at 9:00 a.m. should be continued to Friday, October 23, 2009, at 9:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  The requested continuance is based upon the need for defense
2 counsel to become familiar with the case, speak to government counsel
3 about mitigation of sentence, and review and/or object to aspects of
4 the Presentence Report.  Defense counsel replaced attorney Robert
5 Peters, Esq. after Mr. Peters passed away.

Respectfully Submitted,

LAWRENCE G. BROWN
United States Attorney

DATED:  September 18, 2009    By:  /s/Jason Hitt
                                   JASON HITT
                                   Assistant U.S. Attorney

DATED:  September 18, 2009    By:  /s/Jason Hitt
                                   Telephonically authorized to sign
                                   for Mr. Karowski on 09-17-09
                                   JAN KAROWSKI, Esq.
                                   Attorney for Serafin GONZALEZ

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that the judgment and sentencing set for September 18, 2009, at 9:00 a.m., is continued to October 23, 2009, at 9:00 a.m.

Dated:  September 18, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge