1  BROOKS M. BEARD (CA Bar No. 181271)
   Email: bbeard@mofo.com
2  DAVID E. MELAUGH (CA Bar No. 219477)
   Email: dmelaugh@mofo.com
3  J. RYAN GILFOIL (CA Bar No. 246493)
   Email: jgilfoil@mofo.com
4  SARA MAHDAVI (CA Bar No. 245791)
   Email: smahdavi@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
7  Facsimile: (415) 268-7522

8  EDWARD J. CADEN (CA Bar No. 166922)
   Email: ejcaden@surewest.net
9  LAW OFFICE OF EDWARD J. CADEN
   8217 Manger Way
10 Citrus Heights, California 95610-0570
   Telephone: (916) 729-3172
11 Facsimile: (916) 723-2596

12 Attorneys for Plaintiff SAM BESS

13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

17 SAM BESS,                                Case No. 2:07-CV-01989-JAM-JFM

18         Plaintiff,                       **STIPULATION AND ORDER EXTENDING EXPERT DISCOVERY DEADLINES**

19     v.

20 MATTHEW CATE, DAVID SHAW,                Judge: Hon. John A. Mendez
   RODERICK HICKMAN, JEANNE
21 WOODFORD, JOHN DOVEY, SCOTT
   KERNAN, and MARTIN HOSHINO,
22
           Defendants.
23

24

25     Plaintiff Sam Bess ("Plaintiff") and Defendants Matthew Cate, David Shaw, Roderick

26 Hickman, Jeanne Woodford, John Dovey, Scott Kernan, and Martin Hoshino ("Defendants"),

27 collectively referred to as the "Parties," respectfully request that the Court extend the expert

28 discovery deadlines in this litigation. The Parties hereby stipulate as follows:

PDF created with pdfFactory trial version www.pdffactory.com

1.	Pursuant to the Court's April 6, 2009 Order (Docket No. 117), the following dates and deadlines currently apply to this litigation:

| Event | Date |
| --- | --- |
| Parties to Exchange Initial Expert Witness Disclosures Under Fed. R. Civ. P. 26(a)(2) | October 9, 2009 |
| Parties to Exchange Supplemental and Rebuttal Expert Witness Disclosures Under Fed. R. Civ. P. 26(a)(2)(C) | October 23, 2009 |
| Completion of Fact Discovery | December 22, 2009 |
| Deadline for Dispositive Motions | February 3, 2010 |
| Hearing on Dispositive Motions | March 3, 2010 at 9:00 am |
| Parties to File Joint Pre-Trial Statement | April 2, 2010 |
| Final Pre-Trial Conference | April 9, 2010 at 3:00 pm |
| Trial | May 17, 2010 at 9:00 am |

2.	There are several open discovery matters that affect the Parties' ability to meet the current expert deadlines.  First, the Parties continue to meet and confer on various discovery disputes.  Second, the production of documents by the Sacramento County District Attorney's Office relating to possible retaliation against Plaintiff is still pending.  Third, the CDCR Defendants expect to produce additional documents.  Fourth, the OIG Defendants' appeal pending in the Ninth Circuit could result in the production of additional documents by the OIG Defendants.  (Briefing on that appeal was recently completed; a date for oral argument has not been set yet.)  As a result, the Parties agree that extending the expert discovery deadlines is appropriate.

3.	The Parties respectfully request that the October 9, 2009 deadline for initial expert witness disclosures be extended to **November 20, 2009**, and that the October 23, 2009 deadline for supplemental and rebuttal expert witness disclosures be extended to **December 18, 2009**.  The Parties further request that they be permitted to complete depositions of expert witnesses by **January 8, 2010**.  With these extensions, the revised schedule would be as follows:

PDF created with pdfFactory trial version www.pdffactory.com

| Event | Date |
|---|---|
| Parties to Exchange Initial Expert Witness Disclosures Under Fed. R. Civ. P. 26(a)(2) | November 20, 2009 |
| Parties to Exchange Supplemental and Rebuttal Expert Witness Disclosures Under Fed. R. Civ. P. 26(a)(2)(C) | December 18, 2009 |
| Completion of Fact Discovery | December 22, 2009 |
| Completion of Depositions of Expert Witnesses | January 8, 2010 |
| Deadline for Dispositive Motions | February 3, 2010 |
| Hearing on Dispositive Motions | March 3, 2010 at 9:00 am |
| Parties to File Joint Pre-Trial Statement | April 2, 2010 |
| Final Pre-Trial Conference | April 9, 2010 at 3:00 pm |
| Trial | May 17, 2010 at 9:00 am |

4.  Depending on when and how the open discovery issues are resolved, including the Ninth Circuit appeal, one or more of the Parties may seek further revisions to the case schedule.

Dated: September 23, 2009
MORRISON & FOERSTER LLP
BROOKS M. BEARD
DAVID E. MELAUGH
J. RYAN GILFOIL
SARA MAHDAVI

By:   /s/ Brooks M. Beard
        Brooks M. Beard

EDWARD J. CADEN
LAW OFFICE OF EDWARD J. CADEN

Attorneys for Plaintiffs SAM BESS

PDF created with pdfFactory trial version www.pdffactory.com

1
2  EDMUND G. BROWN JR.
   Attorney General of the State of California
   JACOB A. APPELSMITH
3  Senior Assistant Attorney General
   ALICIA M. B. FOWLER
4  Supervising Deputy Attorney General
   SCOTT H. WYCKOFF
5  Deputy Attorney General

6
   By:   /s/ Kristin Daily (as authorized on 9/22/09)
7              Kristin Daily

8  Attorneys for Defendants RODERICK HICKMAN,
   JEANNE WOODFORD, JOHN DOVEY, SCOTT
9  KERNAN, and MARTIN HOSHINO

10
   RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
11 GEOFFREY A. BEATY

12
   By:   /s/ Geoffrey A. Beaty (as authorized on 9/22/09)
13             Geoffrey A. Beaty

14 Attorney for Defendants MATTHEW CATE and DAVID
   SHAW
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER EXTENDING EXPERT DISCOVERY DEADLINES     4
No. 2:07-CV-01989-JAM-JFM
sf-2740967

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Based on the Parties' stipulation and for good cause shown, the following revised case schedule is entered:

| Event | Date |
| --- | --- |
| Parties to Exchange Initial Expert Witness Disclosures Under Fed. R. Civ. P. 26(a)(2) | November 20, 2009 |
| Parties to Exchange Supplemental and Rebuttal Expert Witness Disclosures Under Fed. R. Civ. P. 26(a)(2)(C) | December 18, 2009 |
| Completion of Fact Discovery | December 22, 2009 |
| Completion of Depositions of Expert Witnesses | January 8, 2010 |
| Deadline for Dispositive Motions | February 3, 2010 |
| Hearing on Dispositive Motions | March 3, 2010 at 9:00 am |
| Parties to File Joint Pre-Trial Statement | April 2, 2010 |
| Final Pre-Trial Conference | April 9, 2010 at 3:00 pm |
| Trial | May 17, 2010 at 9:00 am |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  September 24, 2009

/s/ John A. Mendez

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE