1    BROOKS M. BEARD (CA Bar No. 181271)
     Email:  bbeard@mofo.com
2    DAVID E. MELAUGH (CA Bar No. 219477)
     Email: dmelaugh@mofo.com
3    J. RYAN GILFOIL (CA Bar No. 246493)
     Email: jgilfoil@mofo.com
4    SARA MAHDAVI (CA Bar No. 245791)
     Email: smahdavi@mofo.com
5    MORRISON & FOERSTER LLP
     425 Market Street
6    San Francisco, California  94105-2482
     Telephone:  (415) 268-7000
7    Facsimile:   (415) 268-7522

8    EDWARD J. CADEN (CA Bar No. 166922)
     Email: ejcaden@surewest.net
9    LAW OFFICE OF EDWARD J. CADEN
     8217 Manger Way
10   Citrus Heights, California  95610-0570
     Telephone:  (916) 729-3172
11   Facsimile:   (916) 723-2596

12   Attorneys for Plaintiff SAM BESS

13

14                  UNITED STATES DISTRICT COURT

15                  EASTERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17   SAM BESS, | Case No. 2:07-CV-01989-JAM-JFM |
| 18            Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST TO FILE EXPERT REPORT UNDER SEAL** |
| 19      v. | |
| 20   MATTHEW CATE, DAVID SHAW, RODERICK HICKMAN, JEANNE | |
| 21   WOODFORD, JOHN DOVEY, SCOTT KERNAN, and MARTIN HOSHINO, | |
| 22 | |
|           Defendants. | |
| 23 | |

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1

**ORDER**

2       Plaintiff's request to file the Expert Report of Ana M. Ramirez-Palmer under seal is

3   GRANTED.

4       IT IS SO ORDERED.

5

6   Dated: December 10, 2009

7

8                                                    /s/ John A. Mendez
                                                     Honorable John A. Mendez
                                                     United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PL.'S REQ. TO FILE EXPERT REPORT UNDER SEAL          1
No. 2:07-CV-01989-JAM-JFM (E.D. Cal.)
sf-2777544

PDF created with pdfFactory trial version www.pdffactory.com