EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
SCOTT H. WYCKOFF, State Bar No. 191367
Supervising Deputy Attorney General
KRISTIN M. DAILY, State Bar No. 186103
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-6989
 Fax: (916) 324-5567
 E-mail: Kristin.Daily@doj.ca.gov
*Attorneys for CDCR Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SAM BESS,**<br><br>                                    Plaintiff,<br><br>     v.<br><br>**MATTHEW CATE, DAVID SHAW, RODERICK HICKMAN, JEANNE WOODFORD, JOHN DOVEY, SCOTT KERNAN, MARTIN HOSHINO,**<br><br>                                    Defendants. | 2:07-CV-01989-JAM-JFM<br><br>**ORDER ON CDCR DEFENDANTS' REQUEST TO FILE EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT/ADJUDICATION UNDER SEAL**<br><br>Date: March 3, 2010<br>Time:<br>Place: Courtroom 6, 14th Floor<br><br>Judge:      The Honorable John A. Mendez<br>Trial Date:   May 17, 2010<br>Action Filed: November 5, 2007 |

1

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

CDCR defendants' request to file the Exhibits in Support of Motion for Summary Judgment/Adjudication under seal is GRANTED.

IT IS SO ORDERED.

DATED:  01/27/2010                                             /s/ John A. Mendez_____

                                                                              Hon. John A. Mendez

                                                                              United States District Judge

SA2007103165
10530424.doc

PDF created with pdfFactory trial version www.pdffactory.com