1 BROOKS M. BEARD (CA SBN 181271)
BBeard@mofo.com
2 J. RYAN GILFOIL (CA SBN 246493)
JGilfoil@mofo.com
3 SARA MAHDAVI (CA SBN 245791)
SMahdavi@mofo.com
4 DENA COGGINS (CA SBN 249266)
DCoggins@mofo.com
5 MORRISON & FOERSTER LLP
425 Market Street
6 San Francisco, California 94105-2482
Telephone: 415.268.7000
7 Facsimile: 415.268.7522

8 EDWARD J. CADEN (CA Bar No. 166922)
ejcaden@surewest.net
9 LAW OFFICE OF EDWARD J. CADEN
8217 Manger Way
10 Citrus Heights, California 95610-0570
Telephone: 916.729.3172
11 Facsimile: 916.673.2134

12 Attorneys for Plaintiff SAM BESS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BESS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW CATE, DAVID SHAW, RODERICK HICKMAN, JEANNE WOODFORD, JOHN DOVEY, SCOTT KERNAN, and MARTIN HOSHINO,<br><br>　　　　　　Defendants. | Case No.　2:07-CV-01989-JAM-JFM<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE EXHIBITS IN SUPPORT OF OPPOSITION TO CDCR AND OIG DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT/ADJUDICATION UNDER SEAL**<br><br>Date:　　March 3, 2010<br>Time:　　9:00 a.m.<br>Ctrm:　　6, 14th Floor<br>Judge:　　Hon. John A. Mendez<br>Trial:　　May 17, 2010 |

[PROPOSED] ORDER GRANTING PL.'S REQUEST TO FILE EXHIBITS UNDER SEAL
CASE NO. 2:07-CV-01989-JAM-JFM
pa-1385716

PDF created with pdfFactory trial version www.pdffactory.com

| 1 | **ORDER** |
|---|---|

Plaintiff's request to file exhibits in support of Plaintiff's Opposition to the CDCR and OIG Defendants' Motions for Summary Judgment and/or Summary Adjudication under seal is GRANTED.

IT IS SO ORDERED.

Dated: February 16, 2010

/s/ John A. Mendez_____
Honorable John A. Mendez
United States District Judge

[PROPOSED] ORDER GRANTING PL.'S REQUEST TO FILE EXHIBITS UNDER SEAL
CASE NO. 2:07-CV-01989-JAM-JFM
pa-1385716

PDF created with pdfFactory trial version www.pdffactory.com