EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
SCOTT H. WYCKOFF, State Bar No. 191367
Supervising Deputy Attorney General
KRISTIN M. DAILY, State Bar No. 186103
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-6989
 Fax: (916) 324-5567
 E-mail: Kristin.Daily@doj.ca.gov
*Attorneys for CDCR Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SAM BESS,**<br><br>Plaintiff,<br><br>v.<br><br>**MATTHEW CATE, DAVID SHAW, RODERICK HICKMAN, JEANNE WOODFORD, JOHN DOVEY, SCOTT KERNAN, MARTIN HOSHINO,**<br><br>Defendants. | 2:07-CV-01989-JAM-JFM<br><br>**ORDER GRANTING SUMMARY JUDGMENT ON BEHALF OF DEFENDANTS HICKMAN, WOODFORD, DOVEY, KERNAN AND HOSHINO**<br><br>Judge: The Honorable John A. Mendez<br>Trial Date: May 17, 2010<br>Action Filed: November 5, 2007 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendants Roderick Hickman, Jeanne Woodford, John Dovey, Scott Kernan, and Martin Hoshino's Motion For Summary Judgment came before this Court for hearing on March 12, 2010. Brooks M. Beard, Dena M. Coggins, and Edward J. Caden appeared as attorneys for Plaintiff Sam Bess, and Kristin M. Daily and Scott H. Wyckoff appeared on behalf of Defendants Hickman, Woodford, Dovey, Kernan, and Hoshino.

After considering the moving and opposition papers, arguments of counsel, and all other matters presented, and for the reasons set forth in the attached March 12, 2010 Reporter's

PDF created with pdfFactory trial version www.pdffactory.com

Transcript, IT IS HEREBY ORDERED THAT the Motion to Strike the Declaration of Ana Ramirez-Palmer is GRANTED and the summary judgment motion filed by Defendants Hickman, Woodford, Dovey, Kernan and Hoshino is GRANTED.

DATED:   March 23, 2010              /s/ John A. Mendez
                                     Hon. John A. Mendez
                                     United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com