GEOFFREY A. BEATY, ESQ. (Bar No. 84997)
RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
A Professional Corporation
1970 Broadway, Suite 1150
Oakland, CA 94612
Tel: (510) 465-3922   Fax: (510) 452-3006

Attorneys for Defendants,
MATTHEW CATE and DAVID SHAW

[E-FILING MANDATORY]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BESS, | Case Number: 2:07-CV-01989-JAM-JFM |
| Plaintiff, | Judge: Hon. John A. Mendez |
| vs. | [~~PROPOSED~~] ORDER GRANTING SUMMARY JUDGMENT ON BEHALF OF DEFENDANTS CATE AND SHAW |
| MATTHEW CATE, DAVID SHAW, et al., | |
| Defendants. / | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The motion of Defendants MATTHEW CATE and DAVID SHAW for summary judgment came on regularly for hearing before this Court on March 12, 2010. Brooks M. Beard, Dena M. Coggins and Edward J. Caden appeared as attorneys for Plaintiff SAM BESS and Geoffrey A. Beaty appeared for Defendants MATTHEW CATE and DAVID SHAW.

After consideration of the moving and opposition papers, arguments of counsel and all other matters presented to the Court, and for the reasons set forth in the attached March 12, 2010 Reporter's Transcript, IT IS HEREBY ORDERED THAT the motion to strike the

///

///

///

Order Granting Summary Judgment                Case No. 2:07-CV-01989-JAM-JFM

1  Declaration of Ana Ramirez-Palmer is GRANTED and the summary judgment motion filed by
2  CATE and SHAW is GRANTED.
3  Dated: March 30, 2010
4
5                                             _____
                                               John A. Mendez
6                                              UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order Granting Summary Judgment                        Case No. 2:07-CV-01989-JAM-JFM