GEOFFREY A. BEATY, ESQ. (Bar No. 84997)
RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
A Professional Corporation
1970 Broadway, Suite 1150
Oakland, CA  94612
Tel: (510) 465-3922     Fax: (510) 452-3006

Attorneys for Defendants,
MATTHEW CATE and DAVID SHAW

**[E-FILING MANDATORY]**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BESS, | Case Number:  2:07-CV-01989-JAM-JFM |
| Plaintiff, | Judge:  Hon. John A. Mendez |
| vs. | **STIPULATION AND ORDER RESCHEDULING HEARING DATE ON MOTION FOR ATTORNEYS FEES** |
| MATTHEW CATE, DAVID SHAW, et al., | |
| Defendants. | **Trial: May 27, 2010** |
| _____/ | |

**IT IS HEREBY STIPULATED:**

By and between the parties that the hearing date on the Motion for Attorneys Fees is rescheduled from the original date of August 4, 2010 to the new date of September 15, 2010. Hearing will take place at 501 "I" Street, Sacramento at 9:30 a.m. in Courtroom 6.

Dated: _____, 2010.            RANKIN, SPROAT, MIRES, BEATY &
                                      REYNOLDS

                                      By:_____
                                         GEOFFREY A. BEATY, ESQ.
                                         Attorneys for Defendants,
                                         MATTHEW CATE and DAVID SHAW

**Stipulation & Order Rescheduling Hearing Date**            1            Case No. 2:07-CV-01989-JAM-JFM
**On Motion For Attorneys Fees**

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: _____, 2010. | MORRISON & FOERSTER LLP<br>BROOKS M. BEARD |
| 3 | | DAVID E. MELAUGH<br>J. RYAN GILFOIL |
| 4 | | SARA MAHDAVI |

Dated: _____, 2010.

By: _____
       Brooks M. Beard

EDWARD J. CADEN
LAW OFFICE OF EDWARD J. CADEN

Attorneys for Plaintiffs SAM BESS, RYAN COUCH, KENNETH JIMENEZ, and BARNABE TORRES

Dated: _____, 2010.

RODERICK HICKMAN; JEANNE WOODFORD; JOHN DOVEY; SCOTT KERNAN; MARTIN HOSINO; TOMMY WAN; KIMBERLI BONCORE; RALPH DIAZ

By: _____
       Kristin M. Daily, Esq.
       Office of the Attorney General

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 5, 2010

       /s/ John A. Mendez
       HON. JOHN A. MENDEZ
       UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

**Stipulation & Order Rescheduling Hearing Date**     2    Case No. 2:07-CV-01989-JAM-JFM
**On Motion For Attorneys Fees**

PDF created with pdfFactory trial version www.pdffactory.com

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within cause. My employment address is 1970 Broadway, Suite 1150, Oakland, California 94612.

On August 5, 2010, I served copies of the attached document entitled:

**STIPULATION AND ORDER RESCHEDULING HEARING DATE ON MOTION FOR ATTORNEYS FEES** on the interested parties in this action, by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as follows:

### SEE ATTACHED SERVICE LIST.

**[XX]** **BY U.S. MAIL.** I caused such envelope to be placed for deposit in the U.S. Postal Service in a sealed envelope, with postage prepaid, addressed to the above, and that envelope was placed for collection and mailing on that date following ordinary business. (CCP § 1013a(3)) *[TO UNREPRESENTED PARTIES ONLY]*

[  ] **BY PERSONAL SERVICE.** I caused such envelope to be delivered by hand to the offices of the addressee(s).

[  ] **BY FAX TRANSMISSION.** Pursuant to Rule 2.306 of the California Rules of Court, I caused such document to be transmitted via facsimile to the offices of the addressee(s).

[  ] **STATE.** I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

**[XX]** **FEDERAL.** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. *[E-FILED/SERVED ON REPRESENTED PARTIES*

Executed on August 5, 2010, at Oakland, California.

_____
Holley A. Hale

**Stipulation & Order Rescheduling Hearing Date On Motion For Attorneys Fees**        3        Case No. 2:07-CV-01989-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | | |
| 2 | Attorneys for Plaintiff SAM BESS: | Attorneys for Defendants RODERICK HICKMAN; JEANNE WOODFORD; JOHN DOVEY; SCOTT KERNAN; and MARTIN HOSINO: |
| 3 | David E. Melaugh, Esq.<br>J. Ryan Gilfoil, Esq. | |
| 4 | Sara Mahdavi, Esq.<br>Morrison & Foerster LLP | Edmund G. Brown Jr. |
| 5 | 425 Market Street | Alicia M. B. Fowler, Esq. |
| 6 | San Francisco, CA  94105-2582<br>(415) 268-7000 | Scott H. Wyckoff, Esq.<br>Kristin M. Daily, Esq. |
| 7 | FAX: (415) 268-7522 | Office of the Attorney General<br>1300 I Street |
| 8 | Edward J. Caden, Esq. | P. O. Box 944255 |
| 9 | Law Office of Edward J. Caden<br>8217 Manger Way | Sacramento, CA  94244<br>(916) 324-5335 |
| 10 | Citrus Heights, CA  95610-0570<br>(916) 729-3172 | FAX: (916) 324-5567 |
| 11 | FAX: (916) 673-2134 | |

**Stipulation & Order Rescheduling Hearing Date On Motion For Attorneys Fees**      4      Case No. 2:07-CV-01989-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com